# United States District Court
# Western District of North Carolina
# Charlotte Division

| | | |
|---|---|---|
| Jorge Galeas Jr., | ) | JUDGMENT IN CASE |
| | ) | |
| Plaintiff(s), | ) | 3:12-cv-00328-RJC |
| | ) | |
| vs. | ) | |
| | ) | |
| Todd Pinion | ) | |
| William Horne | | |
| Lawrence Parsons | | |
| NC Department of Public Safety, | | |
| Defendant(s). | ) | |

DECISION BY COURT. This action having come before the Court on initial review and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's May 16, 2014 Order.

May 16, 2014

Frank G. Johns, Clerk
United States District Court